UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL EUGENE GOWDY, JR.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>　　　　　　　Defendant. | Case No. 1:22-cv-00202-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>(ECF No. 12) |

　　　Carl Eugene Gowdy Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　On May 13, 2022, Plaintiff filed a notice of default, which the Court construes as a request that the Clerk of Court enter default against Defendants Kern Valley State Prison and A. Cruz. (ECF No. 12.) However, this case is still at the screening stage and Defendants have not been served with the summons and complaint. Therefore, Defendants are not in default and the Court will deny Plaintiff's request.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for entry of default (ECF No. 12) is DENIED.

IT IS SO ORDERED.

　　Dated:　**May 16, 2022**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1